IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3139-D

| | |
|---|---|
| CHRIS FORDHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNNAMED DEFENDANT, )<br>)<br>Defendant. ) | **ORDER** |

On July 2, 2025, Chris Fordham ("Fordham" or "plaintiff"), a state inmate proceeding pro se, filed a motion to file and return grievance forms which the clerk construed as a complaint under 42 U.S.C. § 1983 [D.E. 1]. On July 3, 2025, Magistrate Judge Jones issued an order of deficiency directing Fordham file his complaint on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit [D.E. 3]. When Fordham failed to comply with Magistrate Judge Jones's order, the court dismissed the action without prejudice [D.E. 4] and the clerk entered judgment [D.E. 5]. Fordham moves for an extension of time to comply with Magistrate Judge Jones's order [D.E. 6].

The court construes Fordham's motion as one to reopen the case. The court has considered the motion under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The court grants the motion.

In sum, the court GRANTS Fordham's motion [D.E. 6] and VACATES the judgment in this case [D.E. 5]. Fordham shall have until August 22, 2025, to file his complaint on the forms

prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit. If Fordham fails to comply with this order, the clerk shall enter judgment dismissing the case without prejudice without further order of the court.

SO ORDERED. This 31 day of July, 2025.

JAMES C. DEVER III
United States District Judge